UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:08-cr-00004-LJM-CMM |
| | ) | |
| CHARLES ROBERT GORBY (01), | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Craig Mckee's Report and Recommendation dkt. [66] recommending that Charles Robert Gorby's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with the no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Mckee's Report and Recommendation dkt. [66]. The Court finds that Mr. Gorby committed Violation Numbers 1-7 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [52]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Gorby is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months imprisonment to be served consecutively to the sentence in 1:19-cr-0343-JMS-DML.

Date: 3/30/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
United States Probation Office, United States Marshal